[No. 19268-3-II.    Division Two.    October 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PABLO SANABRIA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 35038 R4060, Thomas R. Sauriol, J., entered February 27, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Armstrong, J.

[No. 19563-1-II.    Division Two.    October 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND DALE DUPRAS, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 94-1-00024-7, Joel M. Penoyar, J., entered May 8, 1995. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Turner and Armstrong, JJ.

[No. 19697-2-II.    Division Two.    October 4, 1996.]

*In the Matter of the Marriage of* SCOTT D. PHELPS, *Appellant*, and KIRSTEN MARIE PHELPS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-3-02116-5, Frederick W. Fleming, J., entered June 29, 1995. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, C.J., and Turner, J.

[No. 19791-0-II.    Division Two.    October 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL RAWSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-00424-7, Vicki L. Hogan, J., entered August 8, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, A.C.J., and Turner, J.